**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HARVEY L. LOOSEY**                                                        **PLAINTIFF**

**v.**                      **No. 1:14CV00-129-JLH-JJV**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

DATED this 10th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE